

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2021

No. 04-21-00345-CR

**EX PARTE** Vanessa Marie **VILLANUEVA**

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1523-1
Honorable Albert D. Pattillo, III, Judge Presiding

## O R D E R

    The Appellant's Third Motion for Extension of Time is hereby GRANTED. The Appellant's Brief is due **December 16, 2021.**

_____
Liza A. Rodriguez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court